IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-F-982 (BNB)

CINDY CROWLE,

    Plaintiff,

v.

GALE NORTON, Secretary of the Department of the Interior,

    Defendant.

---

### ORDER SETTING CASE FOR TRIAL

---

The above-captioned matter has been scheduled for a **five-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **November 14, 2005 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **November 4, 2005 at 8:30 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend.**

DATED:  June 28, 2005

                                                    BY THE COURT:

                                                    s/ Phillip S. Figa
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge